JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| KATRINA MULHOLLAND, ) | Case No. EDCV 08-00823-MLG |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) TINA HORNBECK, Warden, ) | |
| ) Respondent. ) | |
| _____ ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated:   October 8, 2008

_____
Marc L. Goldman
United States Magistrate Judge